## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

LEVI ARTHUR FEDD,

      Plaintiff,

      v.

WARDEN ANTOINE CALDWELL, et al.,

      Defendants.

CIVIL ACTION NO.: 6:17-cv-78

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 21. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, construes Plaintiff's most recent filing as a Motion for Voluntary Dismissal, **GRANTS** Plaintiff's Motion, and **DISMISSES without prejudice** Plaintiff's Complaint. Docs. 20, 21; Fed. R. Civ. P. 41(a). The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case.

**SO ORDERED**, this 22nd day of May, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA